```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _02/28/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CERTAIN UNDERWRITERS, ENDURANCE
AMERICAN SPECIALTY INSURANCE
COMPANY, LEAD UNDERWRITER, AS
SUBROGEE OF PARK INTERMEDIATE
HOLDINGS, LLC, and PARK INTERMEDIATE
HOLDINGS, LLC, in its own right,

                    Plaintiffs,

    -against-                              24 Civ. 864 (AT)

NIBCO, INC.,                            **ORDER**

                    Defendant.

ANALISA TORRES, District Judge:

      On February 23, 2024, the Court ordered counsel for Plaintiffs to file a notice of appearance by March 1, 2024. ECF No. 10. The Court has been advised that Plaintiffs' counsel is in the process of being admitted to practice in this district. Accordingly, Plaintiffs' counsel's deadline to file a notice of appearance is ADJOURNED to **March 22, 2024**.

      Defendant shall serve a copy of this order on Plaintiffs.

      SO ORDERED.

Dated: February 28, 2024
       New York, New York

                                                    ANALISA TORRES
                                            United States District Judge