

Thuy T. Bui
Counsel
thuy.bui@faegredrinker.com
+1 212 248 3144 direct

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/08/2024
```

April 5, 2024

**VIA ECF WITH COURTESY COPY VIA EMAIL**

Hon. Analisa Torres
United States District Court
for the Southern District of New York
500 Pearl Street
New York, New York 10007
Torres_NYSDChambers@nysd.uscourts.gov

Re:   *Certain Underwriters, et al. v. NIBCO INC.*,
      Case No. 1:24-cv-00864-AT (S.D.N.Y.)

**Motion for Extension of Time To File Jurisdictional Letter**

Dear Judge Torres:

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), Local Rules 5.2(b) and 7.1(d), and Sections I(B) and I(C) of Your Honor's Individual Practices, Defendant NIBCO INC. ("NIBCO") requests a 14-day extension of time to file the jurisdictional letter required by Section II(B) of Your Honor's Individual Practices, up to and including **Monday, April 22, 2024**. Counsel for Plaintiffs consents to this request.

NIBCO is required to file a letter explaining this Court's jurisdiction over this lawsuit, which is predicated on diversity jurisdiction. *See* Section II(B) of Your Honor's Individual Practices. That letter is currently due by **April 8, 2024** (i.e., the deadline for submitting a proposed Case Management Plan and Scheduling Order). *Id.*; *see also* ECF 8, at ¶ 1.

On April 4, 2024, Plaintiffs filed their Amended Complaint, adding eleven new plaintiffs to this case. *See* ECF 15, at ¶¶ 1-5, 7-12. Due to the joinder of these parties, NIBCO needs additional time to thoroughly investigate and assess the impact of the Amended Complaint on diversity jurisdiction. This includes the need to serve and receive responses to any Local Rule 26.1 demands for verified statements regarding Plaintiffs' jurisdictions of incorporation, principal places of business, and any other necessary jurisdictional information not alleged in the Amended Complaint.

Therefore, NIBCO requests an extension of time to file the required jurisdictional letter, up to and including **Monday, April 22, 2024**. Based on the foregoing reasons, there is good cause to grant this extension.

NIBCO's deadline to file the required jurisdictional letter has not been extended previously, and the requested extension does not interfere with any other existing deadline.

- 2 -                                                                                                                                  April 5, 2024

We appreciate the Court's attention to this matter.

Very truly yours,

*Thuy T. Bui*

TTB/elm

cc: Michael J. Lorusso, Esq., counsel for Plaintiffs (via ECF)

GRANTED.

SO ORDERED.

Dated: April 8, 2024
       New York, New York

ANALISA TORRES
United States District Judge