```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _05/06/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
ACE AMERICAN INSURANCE COMPANY, ALLIANZ GLOBAL US RISKS INSURANCE COMPANY, BEAZLEY, CONTINENTAL CASUALTY COMPANY, ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY, FIDELIS UNDERWRITING LIMITED, HALLMARK SPECIALTY INSURANCE COMPANY, KEMAH CAPITAL, STARR SURPLUS LINES INSURANCE CO, WESTPORT INSURANCE CORPORATION, CERTAIN UNDERWRITERS AT LLOYD'S, and individually and collectively as Subrogees of PARK INTERMEDIATE HOLDINGS, LLC, and PARK INTERMEDIATE HOLDINGS, LLC, in its own right,

               Plaintiffs,

-against-

NIBCO, INC.,

               Defendant.

24 Civ. 864 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court is in receipt of Defendant's letter dated April 26, 2024, requesting leave to move for partial dismissal of Plaintiffs' amended complaint. ECF No. 25. Accordingly:

1. Defendant's request for leave to move for partial dismissal of Plaintiffs' amended complaint is GRANTED;
2. By **June 3, 2024**, Defendant shall file its motion papers;
3. By **June 24, 2024**, Plaintiffs shall file their opposition papers; and
4. By **July 8, 2024**, Defendant shall file its reply, if any.

    SO ORDERED.

Dated: May 6, 2024
         New York, New York

                                                             ANALISA TORRES
                                                 United States District Judge